UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**Jose Trujillo,**

   Plaintiff,

 v.

**Song Uk Pak** dba Fosters Freeze #213;
**Chong Hwan Pak**, individually and dba
Fosters Freeze #213; **Young Cha Pak;**

   Defendants.

Case No.:  1:19-cv-01604-AWI-BAM

**ORDER ON STIPULATION TO CONTINUE
SCHEDULING CONFERENCE**

On January 31, 2020, the parties filed a Stipulation to Continue Scheduling Conference
(Doc. No. 11) seeking to continue the Initial Scheduling Conference currently set for February
11, 2020.  According to the stipulation, Defendants have been served with the summons and
complaint but have not yet appeared in the case.  Defendants' responses to the complaint are
currently due February 10, 2020.

Pursuant to the parties' stipulation, and good cause appearing, the Initial Scheduling
Conference currently set for February 11, 2020, is HEREBY CONTINUED to **March 17, 2020,
at 09:00 AM in Courtroom 8 (BAM)** before the undersigned.  A Joint Scheduling Report shall
be filed one week prior to the conference.  The parties are encouraged to appear at the conference

ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE
1:19-cv-01604-AWI-BAM

by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

Dated:     **February 3, 2020**                    /s/ _Barbara A. McAuliffe_
                                              UNITED STATES MAGISTRATE JUDGE