**CRIS C. VAUGHAN** (SBN 99568)
**KHUSHPREET R. MEHTON** (SBN 276827)
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: (916) 660-9401
Facsimile: (916) 660-9378
cvaughan@adasolutionsgroup.com

Attorneys for Defendants, Song Uk Pak, Chong Hwan Pak, Young Cha Pak

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jose Trujillo,**<br><br>Plaintiff,<br><br>v.<br><br>**Song Uk Pak** dba Fosters Freeze #213; **Chong Hwan Pak**, individually and dba Fosters Freeze #213; **Young Cha Pak;**<br><br>Defendants. | Case No.: 1:19-cv-01604-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE DISMISSAL DEADLINE**<br><br>Barbara A. McAuliffe<br>U.S. Magistrate Judge |

Plaintiff Jose Trujillo (Plaintiff") and Defendants Song Uk Pak, Chong Hwan Pak, and Young Cha Pak, ("Defendants") (collectively the "Parties") by and through their counsel of record, agree and stipulate as follows:

**Recitals**

1. The Parties have resolved Plaintiff's claims in this matter and have executed a final settlement agreement.

2. The Court has ordered that the Joint Stipulation for Dismissal be filed on or before April 10, 2020 (Dkt. No 16).

3. The Court has issued General Orders 610-612 recognizing the current Coronavirus (COVID-19) Public Health Emergency affecting the Eastern District of California and the rest of the Country.

4. Defendants are unable to timely complete their payment obligations under the terms of the settlement agreement and Plaintiff has graciously agreed to provide Defendants with an extension to complete their payment obligation;

5. The Parties have stipulated and agreed to continue the deadline to file the Joint Stipulation for Dismissal until May 15, 2020.

WHEREFORE, it is hereby stipulated that the deadline to file the Joint Stipulation for Dismissal is continued until May 15, 2020.

IT IS SO STIPULATED

Dated: March 30, 2020		MOORE LAW FIRM PC

		*/s/ Tanya Moore*
		Tanya Moore
		Attorney for Plaintiff, Jose Trujillo

Dated: March 30, 2020		VAUGHAN & ASSOCIATES

		*/s/ Cris C. Vaughan*
		Cris C. Vaughan
		Attorney for Defendants, Song Uk Pac, et al.

///
///
///
///
///

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 30, 2020        VAUGHAN & ASSOCIATES

                                     */s Cris C. Vaughan*
                                     Cris C. Vaughan
                                     Attorney for Defendants, Song Uk Pak, et al.

## **ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for the Parties to file the Joint Stipulation for Dismissal is continued until May 15, 2020. The parties are additionally cautioned that further modifications will not be granted absent a demonstrated showing of good cause. Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **March 31, 2020**            /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE